UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT G. LOPEZ, *an individual*,<br><br>                         Plaintiff,<br><br>                         v.<br><br>COOKIES SF, LLC, COOKIES CREATIVE CONSULTING & PROMOTIONS, INC., NANA & POP CORP., DAFF INTERNATIONAL, LLC d/b/a Cannamerica, FLUIDS MANUFACTURING, INC. d/b/a Heavy Hitters, DEPARTMENT Z, INC. d/b/a 22 RED, EPD CONSULTING, LLC d/b/a Lift Tickets, and ADAKAI HOLDINGS, LLC d/b/a Huxton<br><br>                         Defendants. | No. 21-CV-05002 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

At a conference held on October 18, 2021, Plaintiff stated that he would not pursue claims against four Defendants who had not been served: Daff International, LLC; Department Z, Inc.; EPD Consulting, LLC; and Adakai Holdings, LLC. The Court then indicated that, if these Defendants were not served by October 29, 2021, the action would be dismissed against them. *See* Dkt. 38. As of today's date, no proof of service has been entered on the docket. If none is entered by October 4, 2022, the action shall be dismissed against the four above-named Defendants, albeit without prejudice.

SO ORDERED.

Dated:    September 28, 2022
             New York, New York

                                                                          Hon. Ronnie Abrams
                                                                          United States District Judge