UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT G. LOPEZ, *an individual*,

                Plaintiff,

        v.

COOKIES SF, LLC, COOKIES CREATIVE CONSULTING & PROMOTIONS, INC., NANA & POP CORP., DAFF INTERNATIONAL, LLC d/b/a Cannamerica, FLUIDS MANUFACTURING, INC. d/b/a Heavy Hitters, DEPARTMENT Z, INC. d/b/a 22 RED, EPD CONSULTING, LLC d/b/a Lift Tickets, and ADAKAI HOLDING, LLC d/b/a Huxton,

                Defendants.

21-CV-5002 (RA)

OPINION & ORDER

---

RONNIE ABRAMS, United States District Judge:

      On September 28, 2022, the Court ordered the parties to file letters proposing next steps in this action by October 14, 2022. While the Court has received letters from Defendant Nana & Pop Corporation and from Intervenor the City of New York, the Plaintiff has not filed a letter as of this date. Should Plaintiff wish to weigh in on next steps in this action, he shall file the letter no later than October 26, 2022.

SO ORDERED.

Dated:    October 21, 2022
             New York, New York

                                                    Hon. Ronnie Abrams
                                                    United States District Judge