UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT G. LOPEZ, *an individual*,

                Plaintiff,

        v.

COOKIES SF, LLC, COOKIES CREATIVE CONSULTING & PROMOTIONS, INC., NANA & POP CORP., DAFF INTERNATIONAL, LLC d/b/a Cannamerica, FLUIDS MANUFACTURING, INC. d/b/a Heavy Hitters, DEPARTMENT Z, INC. d/b/a 22 RED, EPD CONSULTING, LLC d/b/a Lift Tickets, and ADAKAI HOLDING, LLC d/b/a Huxton,

                Defendants.

21-CV-5002 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On September 28, 2022, the Court ordered the parties to file letters proposing next steps in this action by October 14, 2022. *See* Dkt. 74. After it received letters from Defendant Nana & Pop Corporation and from Intervenor the City of New York, the Court further ordered that Plaintiff shall file any letter weighing in on next steps no later than October 26, 2022. *See* Dkt. 79. As of today's date, no letter from Plaintiff has been filed.

Accordingly, the Court adopts the following pretrial briefing schedule. Defendant shall file any dispositive motions by November 23, 2022, with any oppositions due December 7, 2022, and any replies due December 14, 2022.

SO ORDERED.

Dated:    October 31, 2022
            New York, New York

                                                  Hon. Ronnie Abrams
                                                  United States District Judge