IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT G. LOPEZ, an individual, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COOKIES SF, LLC, )<br>COOKIES CREATIVE CONSULTING )<br>& PROMOTIONS, INC., )<br>NANA & POP CORP., )<br>DAFF INTERNATIONAL, LLC d/b/a )<br>Cannamerica, )<br>FLUIDS MANUFACTURING, INC. )<br>d/b/a Heavy Hitters, )<br>DEPARTMENT Z, INC. d/b/a 22 RED, )<br>EPD CONSULTING, LLC d/b/a )<br>Lift Tickets, and )<br>ADAKAI HOLDINGS, LLC d/b/a )<br>Huxton )<br>)<br>Defendants. ) | Civil Action No. 21CV05002 |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by Plaintiff, Robert G. Lopez, that the above captioned action is hereby dismissed with prejudice as to Defendant Nana & Pop Corp., and without Court cost or fees to any party against the other.

Dated: December 19, 2022

**ROBERT G. LOPEZ**

By: _/s/ Robert Lopez_

Robert G. Lopez
Pro Se Plaintiff
230 Clinton Street – Apt. #11C
New York, New York 10002
(917) 868-1698


SO ORDERED:

_____
U.S.D.J.